JOSEPH M. STANFORD, as Assignee, Appellant, v. CAYUGA LINEN AND COTTON MILLS, INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. Memorandum: The Special Term was vested with discretion to deny

plaintiff's application for leave to discontinue his action on payment of costs. (See *Carleton* v. *Darcy*, 75 N. Y. 375; *Matter of Lasak*, 131 id. 624.) All concur. (The order denies plaintiff's motion to discontinue the action upon payment of taxable costs to date.) Present — Cunningham, Taylor, Dowling and Harris, JJ. [171 Misc. 1001.]